PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

03-CR-0482-001-H

DOCKET NUMBER *(Rec. Court)*

4:04cr40033

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Donald STEIGER<br>26 Point Easterly Drive<br>Spencer, MA 01562 | Southern California | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Marilyn L. Huff |

| DATES OF SUPERVISED RELEASE | FROM<br>10/28/04 | TO<br>10/27/07 |
|---|---|---|

OFFENSE

18 U.S.C. § 1341, Mail Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-1-04    *[signed]* Marilyn L. Huff
Date         Marilyn L. Huff
             Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 22, 2004    *[signed]* William G. Young
Effective Date    United States District Judge

jmr/jmr
BGQ