# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

February 10, 2005

Clerk, U.S. District Court
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON MASSACHUSETTS 02210

**Transfer of Jurisdiction**

    Our Case #:   03CR482-1-H
    Re:            DONALD STEIGER

Dear Clerk of the Court:

    Enclosed please find the following documents:

        Certified copy of Transfer of Jurisdiction
        Certified copy of indictment, information or complaint
        Certified copy of Judgment
        Certified copy of docket sheet
        Certified copy of any OSC's

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
Mary Anne Marner, Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 03-CR-0482-001-H |
| | | DOCKET NUMBER *(Rec. Court)* |
| | 05 FEB -8 PM 2:45 | 4:04CR40033 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT<br>Southern California | DIVISION |
|---|---|---|
| Donald STEIGER<br>26 Point Easterly Drive<br>Spencer, MA 01562 | NAME OF SENTENCING JUDGE<br>Marilyn L. Huff | |
| | DATES OF SUPERVISED RELEASE | FROM<br>10/28/04 | TO<br>10/27/07 |

OFFENSE

18 U.S.C. § 1341, Mail Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_12-1-04_ Date _____ _Marilyn L. Huff_ Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby attest and certify on _2/10/05_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. Marrell_ Deputy

_Dec 22, 2004_ Effective Date _____ _William G. Young_ United States District Judge

jmr/jmr

15

```
                                                            TERMED
                     U.S. District Court
           Southern District of California (San Diego)

            CRIMINAL DOCKET FOR CASE #: 03-CR-482-ALL
```

USA v. Steiger                                      Filed: 03/03/03
Dkt# in other court: None

Case Assigned to:  Judge Marilyn L. Huff

DONALD STEIGER (1)              Federal Defenders
    defendant                     [term  05/27/03]
  [term  05/27/03]              (619)687-2666
                                [COR LD NTC pda]
                                Federal Defenders of San Diego
                                225 Broadway
                                Suite 900
                                San Diego, CA 92101-5008
                                (619)234-8467


Pending Counts:                 Disposition

18:1341 - Mail Fraud            Count 1 committed to the
(1)                             custody of the BOP for 18
                                months;   supv release for 3
                                years; fine $4,000; P/A $100;
                                no          restitution imposed
                                (1)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints:

   NONE



U. S. Attorneys:

   U S Attorney CR
   (619)557-5917
   [COR LD NTC]
   U S Attorneys Office Southern
   District of California
   Criminal Division

Docket as of February 9, 2005 3:26 pm              Page 1

Proceedings include all events.                                                TERMED
3:03cr482-ALL USA v. Steiger

    880 Front Street
    Room 6293
    San Diego, CA 92101
    (619)557-5610

Proceedings include all events.                                    TERMED
3:03cr482-ALL USA v. Steiger

| Date | # | Entry |
|---|---|---|
| 3/3/03 | 1 | INFORMATION by USA . Donald Steiger (1) count(s) 1 (mna) [Entry date 03/05/03] |
| 3/3/03 | 2 | WAIVER of Indictment by defendant Donald Steiger (mna) [Entry date 03/05/03] |
| 3/3/03 | 3 | CONSENT to plea before Magistrate Judge Leo S. Papas by Donald Steiger (ksr) [Entry date 03/05/03] |
| 3/3/03 | 4 | FINDINGS and Recommendation by Magistrate Judge Leo S. Papas as to defendant Donald Steiger :Recommending that the dist judge accept the dft's plea of guilty. Obj must be filed w/in 14 days of the date of this order. accept plea/PO rpt & sent set for 9:00 5/27/03 for Donald Steiger before Judge Marilyn Huff (ksr) [Entry date 03/05/03] |
| 3/3/03 | 5 | Enter Order by Magistrate Judge Leo S. Papas; first appearance of Donald Steiger on the information; the court finds the dft is eligible for appointment of counsel; Attorney Andrew Nietor of FD appointed to represent dft for all further proceedings in the case, dft Donald Steiger arraigned on information; dft tenders a guilty plea entered to count 1 of the information; Atty present; accept plea/PO Report and sentencing set for 5/27/03 at 9:00 am before Judge Huff; O/R bail set; govt's oral motion to unseal search warrant granted; X7 proposed plea agreement from 3/3/03 to 5/27/03 as to Donald Steiger, XT1 continuance - tender a guilty plea from 3/3/03 to 5/27/03 as to Donald Steiger ; Court Reporter: LSP03-1:3926-6049 (ksr) [Entry date 03/05/03] [Edit date 03/05/03] |
| 3/3/03 | 6 | ORDER by Magistrate Judge Leo S. Papas setting conditions of release for Donald Steiger (ksr) [Entry date 03/05/03] |
| 3/3/03 | 7 | BOND ( O/R) by Donald Steiger signed by Judge Leo S. Papas ; abstract issued to USM (ksr) [Entry date 03/05/03] |
| 3/3/03 | 8 | PLEA Agreement as to Donald Steiger (ksr) [Entry date 03/05/03] |
| 4/8/03 | -- | TRANSCRIPT of disposition (ksr) [Entry date 04/08/03] |
| 5/15/03 | 9 | SENTENCING DOCUMENT by defendant Donald Steiger : dft's sentencing memo (ksr) [Entry date 05/16/03] |
| 5/22/03 | 10 | SENTENCING DOCUMENT by plaintiff USA : response and opposition to dft's request for departures. (ksr) [Entry date 05/23/03] |

```
Proceedings include all events.                                    TERMED
3:03cr482-ALL USA v. Steiger

5/27/03    11        Minutes: Enter Order by Judge Marilyn L. Huff; court
                     accepts guilty plea taken by Mag Judge;  Donald Steiger
                     (1) count(s) 1 enters guilty plea;, sentencing  Donald
                     Steiger (1) count(s) 1.  Count 1 committed to the custody
                     of the BOP for 18 months; supv release for 3 years; fine
                     $4,000; P/A $100; no restitution imposed; Terminating
                     defendant Donald Steiger, dft to self-surrender to the USM
                     in the District of Massachusetts by 7/8/03 12:00 noon;
                     bond hearing set for 2:00 7/14/03 for Donald Steiger
                     before Judge Marilyn Huff, case terminated; Court
                     Reporter: Nancy Cablay (ksr) [Entry date 05/29/03]

5/29/03    12        JUDGMENT and Commitment issued to U.S. Marshal for Donald
                     Steiger   by Judge Marilyn L. Huff (ksr)
                     [Entry date 05/29/03]

7/9/03     13        JUDGMENT and Commitment returned executed  7/8/03 Donald
                     Steiger (1) count(s) 1 (ksr) [Entry date 07/09/03]

7/14/03    14        Minutes: Enter Order by Judge Marilyn L. Huff; Defendant
                     Donald Steiger self surrendered (LC),  bond exonerated as
                     to defendant Donald Steiger, bond hearing re exoneration
                     held; Court Reporter: Nancy Cablay (ksr)
                     [Entry date 07/15/03]
```

I hereby attest and certify on 2/10/05
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____M. Mauner_____Deputy

ORIGINAL

FILED

MAR 3 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'03 CR 0482 H

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 1341 - Mail Fraud |
| DONALD STEIGER, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about August 2, 2000, within the Southern District of California, and elsewhere, defendant DONALD STEIGER, having devised a scheme and artifice to defraud and for obtaining money by means of false or fraudulent pretenses, representations and promises that the signatures on the sports memorabilia sold by the defendant were genuine, knowing caused to be deposited in the mail

//

//

//

1

| | |
|---|---|
| 1 | in Worchester, Massachusetts, mail matter consisting of |
| 2 | counterfeit sports memorabilia, addressed to a location in the San |
| 3 | Diego, California, area, in violation of Title 18, United States |
| 4 | Code, Section 1341. |

DATED: February 18, 2003

CAROL C. LAM
United States Attorney

*/s/ Melanie K. Pierson*

MELANIE K. PIERSON
Assistant U.S. Attorney

I hereby attest and certify on 2/10/05
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. Marner_ Deputy

10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2003 MAY 29 AM 10: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DONALD STEIGER (1) | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>CASE NUMBER: 03CR0482-H<br><u>Federal Defenders, Inc. by Andrew Nietor</u><br>Defendant's Attorney |

**REGISTRATION NO.** 85061-198

THE DEFENDANT:
X   pleaded guilty to count(s)   1 of the Information

☐   was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 1341 | MAIL FRAUD | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

☐   Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

X   Assessment : $ 100.00 payable forthwith, through the Inmate Financial Responsibility Program, or during term of sup rel.

X   Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 27, 2003
Date of Imposition of Sentence

I hereby attest and certify on 2/10/05
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

Entered Date: 5/29/03

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:      DONALD STEIGER                              Judgment — Page __2__ of __5__
CASE NUMBER:    03CR0482-H

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

**EIGHTEEN MONTHS.**

X   The court makes the following recommendations to the Bureau of Prisons:

**The court recommends that the defendant participate in the 500 hour drug treatment program.  The court further recommends
that the Bureau of Prisons designate an institution in Massachussets.**

☐   The defendant is remanded to the custody of the United States Marshal.

X   **The defendant shall surrender to the United States Marshal for the District of Massachussets**

   x   at _____**12:00 noon**_____   a.m.   p.m.   on   _____July 8, 2003_____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                               UNITED STATES MARSHAL
                                          By _____
                                               DEPUTY UNITED STATES MARSHAL

Judgment—Page 3 of 5

DEFENDANT: DONALD STEIGER
CASE NUMBER: 03CR0482-H

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: DONALD STEIGER
CASE NUMBER: 03CR0482-H

Judgment—Page 4 of 5

## SPECIAL CONDITIONS OF SUPERVISION

- **X** Not possess firearms, explosive devices, or other dangerous weapons.
- **X** Provide complete disclosure of personal and business financial records to the Probation Officer.
- **X** Not engage in the employment relating to the sale or handling of sports or celebrity memorabilia.
- **X** Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the Probation Officer.
- **X** Participate in a program of mental health treatment if directed by the Probation Officer, take all medications as prescribed by a psychiatric/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the Probation Officer.
- **X** Submit to a search of person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the Probation Officer.
- **X** Report all vehicles owned or operated, or in which you have an interest, to the Probation Officer.
- **X** The defendant is to file tax returns to the Internal Revenue Service (IRS) for any outstanding years. He is to cooperate with the IRS in providing records to allow them to determine the accuracy of any income figures provided, and therefore determine his lawful tax liability. Further, he is to provide compliance information relating to same, when requested by his probation officer.
- **X** File all future tax returns in accordance with IRS guidelines.

///

AO 245 S  FINE
==========================================================================
DEFENDANT:   DONALD STEIGER                              JUDGMENT PAGE 5 OF 5
CASE NUMBER: 03CR0482-H

### FINE

The defendant shall pay a fine in the amount of $ 4,000.00  unto the United States of America.

This sum shall be paid immediately, through the Inmate Financial Responsibility Program, or during the term of supervised release.